**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 22-12925 |
| Marcus Williams | ) | | |
| | ) | Chapter: | Chapter 13 |
| Debtor(s) | ) | | |
| | ) | Judge: | Donald R. Cassling |

**NOTICE OF MOTION**

**TO:** See attached list

PLEASE TAKE NOTICE that on May 25, 2023 at 9:30 AM, I will appear before the Honorable Donald R. Cassling, or any judge sitting in that judge's place, **either** in Courtroom 619 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St, Chicago, IL 60604, **or** electronically as described below, and present the Debtor's OBJECTION TO CLAIM OF THE ESTATE OF LUEVEA ROWEL, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically be video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 1614147941 and the passcode is 619. The meeting ID and passcode can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: */s/ Kyle Dallmann*
_____
Kyle Dallmann
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
312.332.1800
ndil@geracilaw.com

Rec No. 890142
WD - NOTICE OF MOTION HYBRID

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 22-12925 |
| Marcus Williams | ) | | |
| | ) | Chapter: | Chapter 13 |
| Debtor(s) | ) | | |
| | ) | Judge: | Donald R. Cassling |

## CERTIFICATE OF SERVICE

I, Kyle Dallmann, hereby certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list by causing the same to be mailed in a properly addressed envelope, postage prepaid, from 55 E. Monroe, Suite 3400, Chicago, Illinois, on April 20, 2023 at 12:42 PM**.**

**/s/ Kyle Dallmann**
Kyle Dallmann

## LIST OF PARTIES SERVED

Thomas H. Hooper, 55 E. Monroe St. #3850 , Chicago, IL 60603

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

Marcus Bernard Williams, 131 W 112th St , Chicago, IL 60628

Estate of Lueva Rowell c/o Stepnowski Law 1515 N Harlem Ave Ste 2052 Oak Park, IL 60302

Lueva Williams 5138 W Chicago Avenue Chicago, IL 60651

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 22-12925 |
|    Marcus Williams | ) | | |
|       Debtor, | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Donald R. Cassling |

### OBJECTION TO THE CLAIM OF ESTATE OF LUEVA ROWEL

NOW COMES the Debtor, Mr. Marcus Williams (the "Debtor"), by and through his attorneys, Geraci Law, LLC, to present his **OBJECTION TO THE CLAIM OF ESTATE OF LUEVA ROWEL,** and states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

2. The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization on 11/07/2022.

3. On 01/12/2023, creditor Estate of Lueva Rowel (hereinafter the "Creditor") filed a proof of claim (number 12-1), in the amount of $30,805.45.  See attached Exhibit "A".

4. This claim appears to be related to an ongoing complaint in probate court where Debtor is defending a number of counts related to fiduciary duties, financial exploitation, and accounting. See attached Exhibit "B".

5. To the best of Debtor's knowledge, this litigation is ongoing and has not been reduced to judgment.

6. Indeed, Creditor has presented no evidence to the contrary as an attachment to their claim.

7. It appears this claim is unliquidated and the Debtor does not believe he owes any funds to Creditor and will continue to defend against any proceedings in state or probate court. See attached Exhibit "C".

8. As such, the claim should be disallowed with leave to file an amended claim should any monetary judgments be entered against Debtor.

WHEREFORE, the Debtor, Mr. Marcus Williams prays that this Court enter an order disallowing the claim of Estate of Lueva Rowel in its entirety and for such further additional relief that this Court may deem just and proper.

                ___/s/ Kyle Dallmann_____
                      Kyle Dallmann

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960